# STEVEN DAVIS FARMS, L.L.C.

### P.O. BOX 325, 20915 N SR 121, LACROSSE, FLORIDA 32658
### PHONE: 386-418-0511     FAX: 386-418-0544

Wednesday, August 18, 2010

Steven M. Davis
PO Box 325
LaCrosse, FL 32658

Amanda Caldwell and Ingrid Francoeur
Florida Rural Legal Services
3210 Cleveland Ave., Ste. 101
Fort Myers, Florida 33901

Dear Amanda Caldwell and Ingrid Francoeur,

In response to the summons that you had served on me, I find the accusations against me to be false and unfounded.

We were trying to do the right thing and do things the right way, by helping the Haitians'. We have a track record of treating people well, and we treated the Haitian workers in the same fashion, with dignity and respect.

We worked closely with both the STATE & FEDERAL LABOR BOARD, Ms. Joan Stiles, to be sure that we were compliant to their rules and regulations. We also worked closely with Sandy Jinoreo from the STATE OF FLORIDA, DEPARTMENT OF BUSINESS & PROFESSIONAL REGULATION to ensure that we were doing things the right way.

We reviewed the names on the list you sent, some of the people have never worked here.





Law Offices of
# Florida Rural Legal Services, Inc.
Servicios Legales de Florida Rural, S.A.
Legal Servis Riral De Florida, Inc.

**Donald Isaac**
Executive Director

**Respond to:**

o **Belle Glade**
1500 NW Avenue "L", Suite A
Belle Glade, Florida 33430
561-993-0003
561-993-0004 fax
**Toll Free Clients Only**
1-888-993-0003

**Angela Thompson**
*Managing Attorney*

ø **Ft. Myers**
3210 Cleveland Avenue,
Suite 100 A
P.O Box 219
Ft. Myers, Florida 33902-219
239-334-4554
239-334-3042 fax
**239-936-7038 Admin fax**
**Toll Free Clients Only**
1-800-476-6937

**Cathy Lucrezi**
*Managing Attorney*

**Migrant Farmworker Unit**
1-800-476-1837

o **Ft. Pierce**
510 South US Hwy 1, Suite 1
P.O Box 4333
Fort Pierce, Florida 34948
772-466-4766
772-489-3176 fax
**Toll Free Clients Only**
1-888-582-3410

**Sandra Rodriguez-Hickman**
*Managing Attorney*

o **Lakeland**
963 E. Memorial Blvd.
P.O Box 24688
Lakeland, Florida 33802-4688
863-688-7376
863-683-7861 fax
**863-683-7969 Admin fax only**
**Toll Free Clients Only**
1-800-277-7880

**Phil Short**
*Managing Attorney*

o **Punta Gorda**
226 Taylor Road, Room 210
Punta Gorda, Florida 33950
941-505-9007
941-505-9626 fax

**Jenny Seltzer**
*Supervising Attorney*

o **West Palm Beach**
3111 S. Dixie Hwy, Suite 140
W. Palm Beach, Florida 33405
561-820-8902
561-820-8892 fax
**Toll Free Clients Only**
1-800-284-4588

**Hazel Lucas**
*Managing Attorney*

www.frls.org

September 01, 2010

William M. McCool
Clerk of Court
United States Courthouse
401 SE First Ave. Rm 243
Gainesville, Fl 32601

**Re: Sejour v. Steven Davis and Steven Davis Farms L.L.C. Civil Action No. 1:10-cv-00096-SPM-AK**

Dear Mr. McCool;

Please find enclosed a letter our office received from Mr. Steven Davis dated August 18, 2010 but postmarked August 24, 2010. It appears that this letter is a pro se response to our complaint and as such I am forwarding the original to the court to be properly filed.

Warm Regards,

*Amanda Caldwell*

Amanda Caldwell, Esq
Florida Bar 0064237
Florida Rural Legal Services
P.O. Box 219
Fort Myers, FL 33902

Rec'd 0902'10 USDcFln1AM1130





USPS Express Mail Legal Size Envelope, Addressee Copy. Label EB673367625US.

FROM: Amanda Caldwell, Esquire, Florida Rural Legal Services, Inc., P.O. Box 219, Fort Myers, FL 33902-219

TO: William M. McCool, Clerk of Court, United States Courthouse, 401 S.E. First Avenue, Room 243, Gainesville, FL 32601