IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLAUDE SEJOUR, et al.,

        Plaintiffs,

Case No. 1:10-cv-00096-SPM-GRJ

v.

STEVEN DAVIS FARMS, LLC and
STEVEN DAVIS,

        Defendants.

_____/

**DEFENDANTS' ANSWER TO
PLAINTIFF'S SECOND AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES**

    COME NOW, Defendants, STEVEN DAVIS FARMS, LLC and STEVEN DAVIS, by and through the undersigned Counsel, and hereby files their Answer to Plaintiffs' Second Amended Complaint filed in this action [Doc. 35], and states as follows:

**PRELIMINARY STATEMENT**

1. Denied.  Defendants charged no recruitment fees.

2. Denied.

3. Denied that Plaintiffs are entitled to relief.

4. Denied that Plaintiffs are entitled to relief.

5. Without knowledge and therefore denied.

**JURISDICTION AND VENUE**

6. Admitted for jurisdictional purposes only.

**PARTIES**

7. Denied that Plaintiffs were employed by Steven Davis Farms or Steven Davis.

8. Admitted.

9. Denied.

10. Admitted.

11. Denied.

## JURY DEMAND FOR JURY TRIAL

12. Defendants neither admit nor deny.

## STATUTORY AND ERGULATORY STRUCTURE

13. Without knowledge and therefore denied.

14. Without knowledge and therefore denied.

15. (a-j)  Without knowledge and therefore denied.

16. Without knowledge and therefore denied.

17. Without knowledge and therefore denied.

## FACTUAL ALLEGATIONS

18. Denied.

19. Denied.

20. Admitted.

21. Without knowledge and therefore denied.

22. Without knowledge and therefore denied.

23. Without knowledge and therefore denied.

24. Defendants neither admit nor deny.

25. Defendants neither admit nor deny.

26. Without knowledge and therefore denied.

27. Denied.

28. Denied.

29. Denied.

30. Defendants neither admit nor deny.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Without knowledge and therefore denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Without knowledge and therefore denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Admitted.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Admitted.

77. Admitted.

78. Denied.

79. Admitted.

80. (a-h)  Denied.

## COUNT I:  THE FAIR LABOR STANDARDS ACT

81. Defendants incorporate all responses to paragraphs 1 through 80.

82. Defendants neither admit nor deny.

83. Denied.

84. Denied that any FLSA violations occurred.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

## COUNT II:  FLORIDA MINIMUM WAGE AND THE FLORIDA CONSTITUTION

89. Defendants incorporate all responses to paragraphs 1 through 88.

90. Denied.

91. Denied.

92. Denied.

## COUNT III:  CONTRACT VIOLATIONS

93. Defendants incorporate all responses to paragraphs 1 through 92.

94. All counts are denied.

95. Defendants deny that any violation occurred.

96. (a-k) Denied.

97. Denied.

98. Denied.

## PRAYER FOR RELIEF

Defendants deny all prayers for relief by Plaintiffs.

## AFFIRMATIVE DEFENSES

First Affirmative Defense: Failure to state a claim upon which relief can be granted.

Second Affirmative Defense: The Plaintiffs have failed to join parties and the court cannot accord complete relief among existing parties, and leave the Defendants in a substantial risk of incurring double, multiple or inconsistent obligations.

Third Affirmative Defense: Defendants are entitled to a set off for any damages due to the liability of third parties.

Dated this 24th day of February, 2011.

**ANDERSON | PINKARD**

/s/ Eric C. Pinkard, Esq._____
Eric C. Pinkard, Esq.
Florida Bar No.: 651443
13557 Feather Sound Drive
Suite 670
Clearwater, Florida 33762-5532
Telephone: 727-329-1999
Facsimile: 727-329-1499
epinkard@floridalawpartners.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 24, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties involved in this litigation.

/s/ Eric C. Pinkard, Esq.
Eric C. Pinkard, Esq.
Florida Bar No.: 651443
