IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LYSNER VALCIN, et al.,

    Plaintiffs,

v.                          CASE NO. 1:10-cv-00096-SPM-GRJ

STEVEN DAVIS FARMS, LLC,
and STEVEN DAVIS,

    Defendants.
_____ /

## O R D E R

Pending before the Court is Plaintiffs' Unopposed Motion For An Extension Of Time To File A Response To Defendant's Motion To Set Aside Clerk's Default Judgment. (Doc. 45.) Plaintiffs request an extension of time up to and including March 25, 2011 to respond to Defendant's Motion To Set Aside Clerk's Default. (Doc. 41.) Pursuant to Local Rule 7.1(B) Plaintiffs represent that Defendant's counsel has been contacted and that Defendant does not object to the requested extension.

Upon due consideration, it is hereby **ORDERED** that:

1. Plaintiffs' Unopposed Motion For An Extension Of Time To File A Response To Defendant's Motion To Set Aside Clerk's Default Judgment (Doc. 45) is **GRANTED**.

2. Plaintiffs shall file their response to Defendant's Motion To Set Aside Clerk's Default (Doc. 41) on or before **March 25, 2011.**

**DONE AND ORDERED** this 16th day of March, 2011.

                                            *s/ Gary R. Jones*
                                            GARY R. JONES
                                            United States Magistrate Judge