**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

MANOUCHE SEJOUR, et al.,

       Plaintiffs,

vs.                               CASE NO.: 1:10-CV-96-SPM/GRJ

STEVEN DAVIS, et al.,

       Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Plaintiffs' Unopposed Motion to Dismiss Claims Without Prejudice (doc. 60).  Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1.     This claims of Plaintiffs Judes St. Hilaire, Jummy Moncoeur, Paulnise Dolce, Slandley Dolce, Logene Pierre, Therese Guerrier, Ducasse Waldex, and Marc Auguste are ***dismissed without prejudice***.

2.     Plaintiffs Judes St. Hilaire, Jummy Moncoeur, Paulnise Dolce, Slandley Dolce, Logene Pierre, Therese Guerrier, Ducasse Waldex, and Marc Auguste are terminated from this action.

DONE AND ORDERED this <u>twenty-third</u> day of May, 2011.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            Chief United States District Judge