IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MANOUCHE SEJOUR et al.,

    Plaintiffs,

v.                                                     CASE NO.: 1:10cv96-SPM/GRJ

STEVEN DAVIS, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court upon Plaintiff's motion to reopen discovery for the purpose of deposing Cabioch Bontemps and extending the deadline for filing dispositive motions until after Mr. Bontemps' deposition (doc. 109). Defendants do not oppose reopening discovery, but do oppose extending the dispositive motion deadline. Good cause having been found, it is

**ORDERED AND ADJUDGED**:

1. The motion (doc. 109) is **granted**.

2. Discovery is re-opened to allow Plaintiffs to re-take the deposition of Cabioch Bontemps.

3. The deadline for filing dispositive motions is **March 12, 2012.**

DONE AND ORDERED this 10th day of February, 2012.

                                        *S/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Senior United States District Judge