IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MANOUCHE SEJOUR et al.,

    Plaintiffs,

v.                                        CASE NO.: 1:10cv96-SPM/GRJ

STEVEN DAVIS, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court upon Plaintiff's Second Unopposed Motion to Extend Discovery Time to Take Cabioch Bontemps' Deposition and Third Unopposed Motion to Extend Deadline for Filing Dispositive Motions (doc. 115). Good cause having been found, it is

**ORDERED AND ADJUDGED**:

1. The motion (doc. 115) is **granted**.

2. The discovery period is extended to allow Plaintiffs to re-take the deposition of Cabioch Bontemps on March 12, 2012.

3. The deadline for filing dispositive motions is **April 13, 2012**.

DONE AND ORDERED this 2nd day of March, 2012.

                                              *S/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Senior United States District Judge