IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MANOUCHE SEJOUR et al.,

    Plaintiffs,

v.                                              CASE NO.: 1:10cv96-SPM/GRJ

STEVEN DAVIS, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court upon Plaintiff's Unopposed Motion for an Extension of Time to File Dispositive Motions Until April 23, 2012 (doc. 125). Upon consideration, it is **ORDERED AND ADJUDGED**:

1.     The motion (doc. 125) is **granted**.

2.     The deadline for filing dispositive motions is **April 23, 2012.**

DONE AND ORDERED this 12th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge