IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROMELDINE PIERRE and
MAX ETIENNE, et al.,

      Plaintiffs,

v.                              CASE NO.: 1:10cv96-SPM/GRJ

STEVEN DAVIS, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

      Pursuant to the Unopposed Motion to Dismiss Claims Without Prejudice of Plaintiffs Romeldine Pierre and Max Etienne and pursuant to Federal Rule of Civil Procedure 41(a)(2) (doc. 132), the claims of Romeldine Pierre and Max Etienne are hereby dismissed without prejudice.  The parties shall bear their own costs and fees.

      DONE AND ORDERED this 30th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge