IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MANOUCHE SEJOUR et al.,

    Plaintiffs,

v.	CASE NO.: 1:10cv96-SPM/GRJ

STEVEN DAVIS, et al.,

    Defendants.

_____/

## ORDER

This cause comes before the Court upon the Joint Motion for Enlargement of Time to File Responses to Motions for Summary Judgment (doc. 138). Upon consideration, it is **ORDERED AND ADJUDGED**:

1. The motion (doc. 138) is **granted**.

2. The deadline for filing responses to the motions for summary judgment is extended to **May 25, 2012.**

DONE AND ORDERED this 9th day of May, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge