IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RODELIN DEMPAIRE, et al.,

      Plaintiffs,

v.                                  CASE NO.: 1:10cv96-SPM/GRJ

STEVEN DAVIS, et al.,

      Defendants.

_____/

**ORDER GRANTING MOTION TO WITHDRAW**

      This cause comes before the Court on Attorney's Motion to Withdraw From Representation of Plaintiff Rodelin Dempaire (doc. 133). Counsel states that she has been unable to locate Plaintiff and cannot proceed with Plaintiff's claims against Defendants. Counsel indicates that she has provided at least ten days' notice to Plaintiff, as required by Local Rule 11.1(F), and no communication or objection was received in response. The local rule also requires that 10 days' notice be provided to the other counsel of record. The motion to withdraw was filed on April 23, 2012 using the CM/ECF system which sends a notice of electronic filing to counsel of record. Accordingly, the other counsel of record have received the required notice. Upon consideration, it is

      ORDERED AND ADJUDGED:

1.    The Attorney's Motion to Withdraw From Representation of Plaintiff

Rodelin Dempaire (doc. 133) is **granted**.

2.    Attorney Amanda Caldwell and Florida Rural Legal Services are

relieved of further responsibility as counsel for Plaintiff in this case.

3.    The clerk shall send a copy of this order to Plaintiff Rodelin

Dempaire, 831 NW 4th Avenue, Fort Lauderdale, FL 33311, by

certified mail with return-receipt requested.

4.    On or before May 23, 2012, Plaintiff Rodelin Dempaire shall

respond to this order by (1) filing a notice of appearance by his new

lawyer, (2) filing a request for more time to find a new lawyer along

with an explanation of why additional time is needed, or (3) filing a

written notice stating that he will proceed *pro se*, that is, to

represent himself in this case.

DONE AND ORDERED this 10th day of May, 2012.

S/ Stephan P. Mickle
Stephan P. Mickle
Senior United States District Judge