IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LYSNER VALCIN et al.,

    Plaintiffs,

v.                                      CASE NO.: 1:10cv96-SPM/GRJ

STEVEN DAVIS and STEVEN
DAVIS FARMS, LLC,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

This cause comes before the Court upon Daniel W. Anderson's Motion to Withdraw as Counsel for Defendants (doc. 171). The Plaintiffs filed a response opposing the motion (doc. 176). The Defendants, Steven Davis and Steven Davis Farms, LLC, also filed an objection to the motion (doc. 178). Mr. Anderson filed a Motion for Leave to Reply to Plaintiffs' Response in Opposition and Defendants' Objections to Counsel's Motion to Withdraw (doc. 181) in which Plaintiffs also responded (doc. 182). A hearing regarding the issue of attorney withdrawal was held on Thursday, October 18, 2012. Upon consideration of the arguments and the evidence, it is hereby:

    ORDERED AND ADJUDGED:

1. The motion to withdraw (doc. 171) is granted.

2. The motion for leave to reply (doc 178) is denied as moot.

3. On or before **November 30, 2012**, Defendants Steven Davis and Steven Davis Farms, LLC shall respond to this order by (1) filing a notice of appearance by their new lawyer or (2) filing a request for more time to find a new lawyer along with a explanation of why additional time is needed. Defendant Steven Davis may also file a written notice stating that he will proceed *pro se*, that is, to represent himself in this case by November 30, 2012.

4. The Clerk is directed to send a copy of this order to the Defendants directly: Steven Davis, 11204 NW CR 236, Alachua, Florida 32615 and Steven Davis Farms, LLC, P.O. Box 325, La Crosse, Florida, 32658.

DONE AND ORDERED this 29th day of October, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:10cv96-SPM/GRJ